15-25-00036-CV

3/28/2025 11:48 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007371
Selina Hamilton

CAUSE NO. D-1-GN-23-007371

| | | |
|---|---|---|
| **JORGE R. GUEVARA, M.D.,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff* | § | FILED IN |
| | § | 15th COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| *v.* | § | **353rd JUDICIAL DISTRICT** 3/28/2025 |
| | § | CHRISTOPHER A. PRINE |
| **TEXAS MEDICAL BOARD,** | § | Clerk |
| *Defendant* | § | **TRAVIS COUNTY, TEXAS** |
| | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Plaintiff Jorge R. Guevara, M.D. files this Notice of Appeal and in support respectfully shows:

1.      This appeal is from the above-styled and captioned case in the 353rd Judicial District Court of Travis County, Texas, the Honorable Madeleine Connor presiding.

2.      Plaintiff desires to appeal from all adverse findings, rulings, and orders entered in the above-styled and numbered case, including the Court's "Final Order on Plaintiff's Original Petition," signed December 30, 2024.

3.      This notice of appeal encompasses any findings, rulings, and orders that were incorporated into, merged into, issued concurrently with, or were relied upon in making the above-listed orders and final order.

4.      This appeal is taken to the Fifteenth Court of Appeals.

5.      This appeal is brought against a board in the executive branch of the state government (the Texas Medical Board). *See* TEX. R. APP. P. 25.1(d)(9)(A).

Dated: March 28, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: /s/ Hayley Ellison
      Hayley Ellison
      State Bar No. 24074175
      E-mail: hellison@dslawpc.com
      719 S. Flores Street
      San Antonio, Texas 78204
      Tel: (210) 853-5882
      Fax: (210) 200-8395

<u>**Certificate of Service**</u>

I certify that on March 28, 2025, a true and correct copy of this document has been served via the method(s) indicated on the persons listed below:

| | | |
|---|---|---|
| Kathy Johnson | | U.S. Mail |
| Ted Ross | | CMRRR |
| Office of the Attorney General | | Facsimile |
| PO Box 12548 | | E-mail |
| Austin, Texas 78711 | X | E-file |

*Counsel for Defendant*

| | | |
|---|---|---|
| Jill Albracht | | U.S. Mail |
| jill.albracht@traviscountytx.gov | | CMRRR |
| | | Facsimile |
| *Official Court Reporter* | X | E-mail |
| *353rd Judicial District Court* | X | E-file |
| *Travis County, Texas* | | |

/s/ Hayley Ellison
Hayley Ellison

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Hawthorne on behalf of Hayley Ellison
Bar No. 24074175
lhawthorne@dslawpc.com
Envelope ID: 99014367
Filing Code Description: Notice
Filing Description: NOTICE OF APPEARANCE
Status as of 3/31/2025 9:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ted Ross | 24008890 | Ted.Ross@oag.texas.gov | 3/28/2025 11:48:41 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 3/28/2025 11:48:41 AM | SENT |
| Yat Fai Lau | | Ethan@rivasgoldstein.com | 3/28/2025 11:48:41 AM | SENT |
| Sheila Strutz | | Sheila@rivasgoldstein.com | 3/28/2025 11:48:41 AM | SENT |
| Kathy Johnson | | Kathy.Johnson@oag.texas.gov | 3/28/2025 11:48:41 AM | SENT |
| John JosephRivas | | John@rivasgoldstein.com | 3/28/2025 11:48:41 AM | SENT |
| Hayley Ellison | | hellison@dslawpc.com | 3/28/2025 11:48:41 AM | SENT |